IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN A. CÁRDENAS, et al., | |
| Plaintiffs, | No. C 09-04978 JSW |
| v. | |
| AMERICREDIT FINANCIAL SERVICES, INC., et al., | **ORDER SETTING BRIEFING SCHEDULE** |
| Defendants. | |

This matter is set for a hearing on December 11, 2009 on Defendant's motion to compel arbitration and dismiss, or in the alternative, to stay. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than November 9, 2009 and a reply brief shall be filed by no later than November 16, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 26, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE