UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUAN A. CARDENAS and FLORENCIA HERRERA de CARDENAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICREDIT FINANCIAL SERVICES INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No:  C 09-04978 SBA<br><br>**ORDER REOPENING CASE AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Docket 90 |

On March 8, 2011, the Court granted Defendant's motion to stay the action pending the Supreme Court's decision in <u>AT&T Mobility v. Concepcion</u>, 131 S.Ct. 1740 (2011). <u>See</u> Dkt 89.  With the Supreme Court having now rendered its decision, the parties have requested that the Court reopen the action and set a case management conference.  In addition, Defendant renews its request for a stay pending appeal.  Accordingly,

IT IS HEREBY ORDERED THAT:

1. The Clerk shall REOPEN the instant action.

2. Defendant shall filed a renewed motion for stay pending appeal, not to exceed ten (10) pages, by no later than <u>June 16, 2011</u>.  Plaintiffs shall file an opposition to the motion for stay, not to exceed ten (10) pages, by no later than <u>June 30, 2011</u>.  Defendant shall file its reply, not to exceed five (5) pages, by no later than <u>July 7, 2011</u>.  The hearing on the motion for stay pending appeal will take place on **July 26, 2011 at 1:00 p.m.**  A case management conference will follow the hearing on the motion for stay pending appeal.

1  The parties shall <u>meet and confer</u> prior to the conference and shall prepare a joint Case
2  Management Conference Statement which shall be filed no later than ten (10) days prior to
3  the Case Management Conference.  The statement shall comply with the Standing Order for
4  All Judges of the Northern District of California and the Standing Order of this Court.
5        3.      The Court, in its discretion, may decide the motion for stay pending appeal
6  without oral argument, pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local
7  Rule 7-1(b), in which case no appearance for the motion or Case Management Conference
8  will be necessary.  The parties are advised to check the Court's website to determine
9  whether a court appearance is required.
10       IT IS SO ORDERED.
11 Dated: June 1, 2011

                                              _____
                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Judge